United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN FINLEY,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 16-cv-01890-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

      On April 11, 2016, petitioner, an inmate at the Contra Costa County Jail, filed a document with the court in the instant case, which was opened as a petition for writ of mandate and assigned to Magistrate Judge Joseph C. Spero. On the same day the action was filed, the Clerk of the Court sent a notice to petitioner directing him to pay the requisite $400.00 filing fee or to file a completed in forma pauperis ("IFP") application.

      On May 9, 2011, the IFP notice and notice of prisoner case assignment to magistrate judge were returned as undeliverable because petitioner was not located at the address he provided. On May 16, 2016, this matter was reassigned to the undersigned Judge.

      The reassignment notices, mailed to petitioner at the same address, were also returned as undeliverable for the same reason. Petitioner has not notified the Clerk of his current address. Pursuant to Local Rule 3-11(b), which requires parties to keep the court informed of their current mailing address and states that the failure to do so within sixty days of the return of mail as

1  undeliverable will result in dismissal of their case without prejudice, this case is DISMISSED

2  without prejudice.  *See also* Fed. R. Civ. P. 41(b).

3       The Clerk shall enter judgment and close the file.

4  **IT IS SO ORDERED.**

5  Dated: 7/14/2016

                              HAYWOOD S. GILLIAM, JR.
                              United States District Judge