UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN FINLEY,<br><br>            Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | Case No. 16-cv-01890-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal without prejudice, judgment is entered against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/14/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge